```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
                CASE NO. 08-20436-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JORGE IVAN ARANGO YEPES,

       Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on March 11, 2010. A Report and Recommendation filed on March 16, 2010 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Third Superseding Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of May, 2010.

                                        _____
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Steven Harold Haguel, Esq.
        Andrea G. Hoffman, AUSA
```